# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

```
UNITED STATES OF AMERICA,    )
                             )
v.                           )      CR421-099
                             )
ELLIOT SHERMAN,              )
                             )
     Defendant.              )
```

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which no objections have been filed. Accordingly, the Magistrate Judge's Report and Recommendation is **ADOPTED** as the opinion of the Court, and the Court finds Defendant competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED** this 16 day of February, 2022.

							_____
							HON. LISA GODBEY WOOD, JUDGE
							UNITED STATES DISTRICT COURT
							SOUTHERN DISTRICT OF GEORGIA